

FILED
CLERK, U.S. DISTRICT COURT
06/18/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 5:24-mj-00271 |
|---|---|
| PLAINTIFF(S) | 2:11-cr-00054-JES-D_F-1 |
| v. | |
| ESCOBEDO, BRIAN GERARDO | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: PETITION
in the MIDDLE District of FLORIDA on 06/10/2024
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 3583
to wit: SUPERVISED RELEASE VIOLATION

A warrant for defendant's arrest was issued by: THE HONORABLE JOHN E. STEELE

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/18/24
               Date

*GUSTAVO GURROLA*
Signature of Agent

GUSTAVO GURROLA
Print Name of Agent

USMS
Agency

DEPUTY US MARSHAL
Title